UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HOUSI KAKAR,<br><br>      Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 2:22−CV−00561−TLN−CKD<br><br>**ORDER RE STIPULATION TO SUBMIT ACTION TO BINDING ARBITRATION AND DISMISS WITHOUT PREJUDICE** |

1 | Pending before the Court is a Stipulation to Submit Action to Binding Arbitration and to
2 | Dismiss Without Prejudice (ECF no. 9). The stipulation is approved. The parties have stipulated
3 | that this entire action be submitted to binding arbitration. Accordingly, no claims remain pending
4 | for decision by this Court. This action is dismissed without prejudice. See *Johnmohammadi v.*
5 | *Bloomingdale's, Inc.,* 755 F.3d 1072, 1074 (9th Cir. 2014). This Order does not preclude either
6 | party from returning to court to confirm, vacate, or modify the arbitration award as provided in 9
7 | U.S.C. § 1 et seq.

IT IS SO ORDERED.

DATED: August 11, 2022

Troy L. Nunley
United States District Judge